IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Simmons, Demetria L

Printed: 7/22/08

Case Number: 08 B 07574
Judge: Wedoff, Eugene R
Filed: 3/29/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: June 5, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 0.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Wilshire Credit Corp | Secured | 0.00 | 0.00 |
| 2. | Great American Finance Company | Secured | 1,200.00 | 0.00 |
| 3. | Americredit Financial Ser Inc | Secured | 0.00 | 0.00 |
| 4. | Wilshire Credit Corp | Secured | 36,348.37 | 0.00 |
| 5. | United States Dept Of Education | Unsecured | 11,714.00 | 0.00 |
| 6. | Portfolio Recovery Associates | Unsecured | 684.23 | 0.00 |
| 7. | Americredit Financial Ser Inc | Unsecured | 10,028.04 | 0.00 |
| 8. | I C Systems Inc | Unsecured |  | No Claim Filed |
| 9. | Capital One | Unsecured |  | No Claim Filed |
| 10. | CCA | Unsecured |  | No Claim Filed |
| 11. | Nicor Gas | Unsecured |  | No Claim Filed |
| 12. | Verizon Wireless Midwest | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 59,974.64 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---:|
|  | _____ |
|  | $ 0.00 |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**   Simmons, Demetria  L

Printed:  7/22/08

Case Number:  08 B 07574

Judge:  Wedoff, Eugene R

Filed:  3/29/08

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

